UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHIRLEY HORNTVEDT,<br><br>          Plaintiff,<br><br>          v.<br><br>LOURDES COUNSELING CENTER, a division of Lourdes Health Network, and LOURDES HEALTH NETWORK, a privately held non-profit corporation,<br><br>          Defendants. | No.  CV-13-5077-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 7, 2014, the parties filed a stipulated dismissal, ECF No. 21. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulated Motion to Dismiss With Prejudice, **ECF No. 21**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of August 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge